SOLKAT REALTY CORPORATION, Respondent, *v.* STATE OF NEW YORK, Appellant.    (Claim No. 24578.)

Argued March 16, 1942; decided April 23, 1942.

548

*John J. Bennett, Jr., Attorney-General (Joseph I. Butler* and *Henry Epstein* of counsel), for appellant.

*Joseph E. Rizzo* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.